UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RACHEL M. CRONK,

        Plaintiff,

Case No. 1:06-CV-318

v.

Hon. Richard Alan Enslen

AMR EAGLE HOLDING CORP.,
*et al.*,

**ORDER OF TRANSFER**

        Defendants.
_____/

    In accordance with the Opinion of this date;

    **IT IS HEREBY ORDERED** that Defendants AMR Eagle Holding Corporation, AMR Leasing Corporation and AMR Corporation's Motion to Dismiss Based on Lack of Personal Jurisdiction (Dkt. No. 12) is **GRANTED IN PART AND DENIED IN PART**.

    **IT IS FURTHER ORDERED** that this suit is transferred to the United States District Court for the Northern District of Texas, pursuant to 28 U.S.C. § 1631, to cure the want of jurisdiction in the Western District of Michigan.

Dated in Kalamazoo, MI:
October 30, 2006

                /s/Richard Alan Enslen
                Richard Alan Enslen
                Senior United States District Judge